IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

IN RE: CAROLYN BALL

Debtor.

Case No. 10-71273

Chapter 13

## AFFIDAVIT OF INCOME

My name is CAROLYN BALL, and I have been receiving disability for 5 years. I receive $674.00 for myself and $674.00 for my daughter. I receive child support in the amount of $931.00 for my two sons.

*Caron Ball*
_____
CAROLYN BALL
June 4, 2010

_____
Notary Public
My Commission Expires: 5/5/15